**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IWAN NYTOWIDJOJO and VU NGUYEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE CAPITAL GROUP COMPANIES, INC.,

Defendant.

Case No. 8:25-cv-01816-JWH-JDE

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Hearing Date: May 8, 2026
Time: 9 a.m.
Courtroom: 9D, 9th Floor
Judge: Hon. John W. Holcomb

# PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Iwan Nytowidjojo and Vu Nguyen ("Plaintiffs") respectfully submit this Notice of Supplemental Authority regarding Defendant The Capital Group Companies, Inc.'s ("Defendant") Motion to Dismiss. *See* ECF No. 23. Plaintiff brings to this Court's attention a recent decision by the Honorable Maame Ewusi-Mensah Frimpong in *Garcia v. Truist Fin. Corp.*, No. 2:25-cv-05753-MEMF-PVC ("Order"). A copy of the written order is attached hereto as **Exhibit 1**.

The facts in the current matter closely mirror those of *Garcia*, which also involved the online disclosure of financial information. The Court found these allegations sufficient to invoke the crime-tort exception and state a claim under the Electronic Communications Privacy Act ("ECPA"). *Id.* at 15–16. Likewise, the Court declined to dismiss claims under Sections 631(a) and 632(a) of the California Invasion of Privacy Act ("CIPA") and a claim for invasion of privacy under the California Constitution. *Id.* 16–20.

Dated: March 31, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ *Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Counsel for Plaintiffs*