**BAKER & HOSTETLER LLP**
David H. Stern (SBN 196408)
Alex E. Spjute (SBN 229796)
Kamran B. Ahmadian (SBN 314566)
1900 Avenue of the Stars | Suite 2700
Los Angeles, CA 90067-4508
Telephone: 310.820.8800
Facsimile: 310.820.8859
*dstern@bakerlaw.com*
*aspjute@bakerlaw.com*
*kahmadian@bakerlaw.com*

*Attorneys for Defendant*
THE CAPITAL GROUP
COMPANIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IWAN NYOTOWIDJOJO and VU NGUYEN, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

THE CAPITAL GROUP COMPANIES, INC.,

Defendant.

Case No.: 8:25-cv-01816-JWH-JDE

*[Assigned to Hon. John W. Holcomb]*

**DEFENDANT THE CAPITAL GROUP COMPANIES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

**Date:** May 8, 2026
**Time:** 9:00 a.m.
**Dept:** Courtroom 9D

Case Filed: August 15, 2025

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant The Capital Group Companies, Inc. ("Capital Group") hereby submits the following supplemental authority in support of its Motion to Dismiss and/or Strike Plaintiff's First Amended Class Action Complaint filed on January 23, 2026 [Dkt. No. 23]:

- An order from the Northern District of California in *Zocco v. Nelnet, Inc.*, No. 25-cv-04470-NW, 2026 WL 242037 (N.D. Cal. Jan. 29, 2026), attached hereto as **Exhibit A**. The court granted defendant's Motion to Dismiss plaintiff's claims under the Electronic Communications Privacy Act ("ECPA"), finding that the crime-tort exception did not apply. *Id.* at *5-6.
- An order from the Southern District of California in *Maghoney v. Dotdash Meredith, Inc.*, No. 24-cv-2394-AJB-BJW, 2026 WL 497402 (S.D. Cal. Feb. 23, 2026), attached hereto as **Exhibit B**. The court granted defendant's Motion to Dismiss in its entirety, finding that plaintiff lacked Article III standing due to his failure to sufficiently allege that he suffered an injury in fact. *Id.* at *7.
- An order from the Central District of California in *Garcia v. Blackhawk Network, Inc.*, No. 2:25-cv-07550-JLS-SSC, Dkt. No. 23 (C.D. Cal. Apr. 1, 2026), attached hereto as **Exhibit C**. The Court granted defendant's Motion to Dismiss in its entirety, also finding plaintiff lacked Article III standing. *Id.* at 11.

Dated: April 6, 2026

**BAKER & HOSTETLER LLP**

By: */s/ David H. Stern*
David H. Stern
Alex E. Spjute
Kamran B. Ahmadian

*Attorneys for Defendant*
THE CAPITAL GROUP COMPANIES, INC.





BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES